IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **Amanda Nelson,** *on behalf of herself and all others similarly situated,* ) ) ) | |
| **Plaintiff,** ) ) ) | |
| v. ) ) | Civil Action No. _____ |
| ) | **Jury Demanded** |
| **Jubilee Mart, LLC,** ) ) ) | |
| **Defendant.** ) | |

## VERIFIED COMPLAINT
## FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

**COMES NOW** Plaintiff Amanda Nelson (hereinafter, "Ms. Nelson" or "Plaintiff"), on behalf of herself and all others similarly situated, by and through counsel, and for her Complaint against Defendant Jubilee Mart, LLC (hereinafter, "Jubilee Mart" or "Defendant"), states and alleges as follows:

### NATURE OF THE COMPLAINT

1. Ms. Nelson bring this action under federal law, specifically the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. Ms. Nelson bring this action, on behalf of herself and all others similarly situated, against Jubilee Mart for unpaid overtime compensation, and related penalties and damages.

3. Jubilee Mart's practices were and are in direct violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.

4. For said violations, Ms. Nelson seeks, on behalf of herself and all others similarly situated, declaratory relief; compensation for work hours for which she was unpaid or underpaid,

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

including overtime premiums for all hours worked over forty hours in a work week; liquidated and/or other damages as permitted by applicable law; and attorney's fees, costs, and expenses incurred in this action.

## PARTIES

5. Ms. Nelson is an adult resident of Burlison, Tipton County, Tennessee.

6. Plaintiff and those similarly situated to her are or were employees of Defendant for FLSA purposes.

7. Members of the collective action and/or prospective members are those current and former non-exempt employees of Jubilee Mart who were not paid overtime wages for hours worked over 40 in a workweek.

8. Upon information and belief, Defendant Jubilee Mart, LLC is a Tennessee-based corporation, and may be reached for service through its registered agent, Kassam Ali, 10816 Holly Grove Road, Brighton, TN 38011-6060.

9. At all relevant times complained of herein, Defendant was an employer under 29 U.S.C. § 203(e)(1).

## JURISDICTION AND VENUE

10. This Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1311 because this case is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

11. Defendant is a legal entity and has sufficient minimum contacts with the State of Tennessee such that it is subject to service of process in Tennessee and does business in the state of Tennessee. Therefore, this Court has personal jurisdiction over Defendant.

12. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Ms. Nelson's claims occurred in this District.

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

## REPRESENTATIVE ACTION ALLEGATIONS

13. Plaintiffs bring this Complaint as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), on behalf of all persons who were, are, or will be employed by Defendant for the last three years from the commencement of this action, who were not compensated at one-and-one-half times the regular rate of pay for all work performed in excess of forty hours per week.

14. This Complaint may be brought and maintained as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), for all claims asserted by Plaintiff because her claims are similar to collective action members or putative collection action members.

15. Plaintiff, collective action members, and putative collective action members are similarly situated because they worked as non-exempt employees for Defendant and were subject to Defendant's common practice, policy or plan of failing to pay overtime wages for all hours worked over 40 in a workweek.

## FACTUAL BACKGROUND

16. Ms. Nelson was hired by Jubilee Mart on or about March 18, 2018.

17. Ms. Nelson's employment with Jubilee Mart ended on or about March 21, 2021, when she was terminated.

18. For the majority of Ms. Nelson's employment with Jubilee Mart she held the position of cashier, and as such she should have been and was classified by Jubilee Mart as a non-exempt employee under the FLSA.

19. During her last year of employment with Jubilee Mart, Ms. Nelson held the position of store manager, but she was paid $8.50 per hour and therefore made far less than the $684

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

FLSA exemption threshold. Therefore, she should have been and was classified by Jubilee Mart as a non-exempt employee under the FLSA.

20. Ms. Nelson and those similarly situated were all paid below the $684 FLSA exemption threshold.

21. Ms. Nelson and those similarly situated routinely worked in excess of 40 hours per week.

22. Ms. Nelson and those similarly situated were not exempt from the right to receive overtime pay or to be paid for all hours worked under the FLSA.

23. Jubilee Mart had the power to hire and fire Ms. Nelson and those similarly situated.

24. Jubilee Mart controlled the number of hours Ms. Nelson and those similarly situated worked, as well as the rate and method of their payment.

25. Jubilee Mart's practice was to pay Ms. Nelson and those similarly situated in cash.

26. Jubilee Mart's practice was to pay Ms. Nelson and those similarly situated straight time, in cash, without any withholding, for all overtime hours worked.

27. Jubilee Mart knew or should have known Ms. Nelson and those similarly situated had worked overtime hours for which they were not paid overtime premiums.

28. Despite this knowledge, Jubilee Mart willfully failed to pay Ms. Nelson and those similarly situated overtime premiums for every hour worked in a workweek.

## COUNT I--VIOLATION OF THE FAIR LABOR STANDARDS ACT

29. Ms. Nelson realleges and incorporates all allegations above as if actually set forth herein.

30. At all relevant times, Jubilee Mart was an "employer" engaged in interstate "commerce" and/or in the production of "goods" for "commerce" within the meaning of the FLSA, 29 U.S.C. § 203.

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

31. At all relevant times, Jubilee Mart employed Ms. Nelson and those similarly situated.

32. At all relevant times, Jubilee Mart had gross annual operating revenues in excess of Five Hundred Thousand Dollars and 00/100 cents ($500,000.00).

33. The FLSA requires each covered employer, such as Jubilee Mart, to compensate all non-exempt employees for all hours worked at an hourly rate of not less than minimum wage and compensate all non-exempt employees at a rate of not less than one and one-half the regular rate of pay for work performed in excess of forty hours in a work week.

34. Jubilee Mart willfully failed to pay Ms. Nelson and those similarly situated overtime premiums for every hour worked in a workweek throughout the time in which they were employed by Jubilee Mart.

35. As a result of Jubilee Mart's failure to compensate Ms. Nelson and those similarly situated at a rate of not less than one and one-half times the regular rate of pay for all work performed in excess of forty hours in a work week, Jubilee Mart has violated, and continues to violate, the FLSA, including 29 U.S.C. § 207(a)(1) and § 206(a).

36. The foregoing conduct, as alleged, constitutes willful violations of the FLSA within the meaning of 29 U.S.C. § 255(a).

37. The foregoing conduct, as alleged, also fails to meet the standard of good faith compliance with the FLSA within the meaning of 29 U.S.C. § 260.

## **PRAYER FOR RELIEF**

WHEREFORE, Ms. Nelson and those similarly situated to her pray for relief as follows:

1. A declaratory judgment that the practices complained of herein are unlawful under the FLSA;

2. Pre-judgment interest, as provided by law;

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

3. An award of money damages for unpaid overtime premiums, including liquidated damages, compensatory and punitive damages in an amount to be determined at trial;

4. Award Plaintiffs and those similarly situated costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees; and

5. Designation of this action as a collective action on behalf of the proposed members of the FLSA representative action and prompt issuance of notice pursuant to 29 U.S.C. § 216(b) to all similarly situated members of the FLSA opt-in class apprising them of the pendency of this action and permitting them to assert timely FLSA claims in this action by filing individual Consents to Sue pursuant to 29 U.S.C. § 216(b);

6. Designation of Plaintiff Amanda Nelson as Representative Plaintiff of the putative members of the FLSA representative action;

7. Any and all such other and further legal and equitable relief as this Court deems necessary, just, and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demand a jury trial on all causes of action and claims with respect to which she has a right to jury trial.

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21

      Respectfully submitted,

      _s/Philip Oliphant_
      Alan G. Crone, TN Bar No. 014285
      Philip Oliphant, TN Bar No. 025990
      THE CRONE LAW FIRM, PLC
      88 Union Avenue, 14th Floor
      Mempher, TN 38103
      800.403.7868 (voice)
      901.737.7740 (voice)
      901.474.7926 (fax)
      acrone@cronelawfirmplc.com
      poliphant@cronelawfirmplc.com

      *Attorneys for Plaintiff*

## DECLARATION AND VERIFICATION

    I, **Amanda Nelson**, verify and declare that the facts stated in the foregoing Verified Complaint to the best of my knowledge and belief are true, and that the Complaint is not made out of levity or by collusion with the Defendant, but in sincerity and truth for the causes mentioned in the Complaint.

_____
**Amanda Nelson**

Date: 03 / 30 / 2021 _____

Doc ID: cf7156dc6657289055b123348e8a22739fb4ca21


Audit Trail

| | |
|---|---|
| **TITLE** | Nelson - FLSA complaint to review, sign/date and return |
| **FILE NAME** | Nelson, A - FLSA ... be verified).pdf |
| **DOCUMENT ID** | cf7156dc6657289055b123348e8a22739fb4ca21 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**     **03 / 29 / 2021**     Sent for signature to Amanda Nelson
             17:41:50 UTC-6          (asemernezski1101@gmail.com) from jlc@cronelawfirmplc.com
                                     IP: 96.84.128.62

**VIEWED**   **03 / 30 / 2021**     Viewed by Amanda Nelson (asemernezski1101@gmail.com)
             10:52:30 UTC-6          IP: 172.58.144.68

**SIGNED**   **03 / 30 / 2021**     Signed by Amanda Nelson (asemernezski1101@gmail.com)
             10:54:30 UTC-6          IP: 172.58.144.68

**COMPLETED** **03 / 30 / 2021**    The document has been completed.
              10:54:30 UTC-6

Powered by HELLOSIGN