# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **Amanda Nelson,** <br> *on behalf of themselves and* <br> *all others similarly situated,* <br><br> **Plaintiffs,** <br><br> v. <br><br> **Jubilee Mart, LLC, and** <br> **Akbar Panjwani and Amaan Shroff,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action, Case No.: 2:21-cv-02184** <br> ) <br> ) **JURY DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR SETTLEMENT APPROVAL

The Parties, by and through undersigned counsel, hereby move the Court for an order approving the terms of the settlement of claims of the FLSA action reached by the Parties and for dismissal of all the claims with prejudice, should the Court grant approval of the Settlement Agreement.

In support of this motion, the Parties rely upon the contemporaneously filed Memorandum in Support, the attached Settlement Agreement and the Court's entire record of this case.

Respectfully submitted,

*s/Philip Oliphant*
Alan G. Crone, TN Bar No. 014285
Philip Oliphant, TN Bar No.
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7926 (fax)

        acrone@cronelawfirmplc.com
        poliphant@cronelawfirmplc.com
        *Attorneys for Plaintiff*


        *s/James M. Allen*
        James M. Allen, TN Bar No. 15968
        ALLEN LAW FIRM PLLC
        780 Ridge Lake Blvd. No. 202
        Memphis, Tennessee 38120
        901-321-0731 Phone
        901-321-0751 Fax
        jim@jmallenlaw.com
        *Attorney for Defendants*