IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| AMANDA NELSON, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>JUBILEE MART, LLC, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)  No. 2:21-cv-02184-SHL-tmp<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action, having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed March 30, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, in accordance with the Order Granting Joint Motion for FLSA Settlement, (ECF No. 52), filed August, 25, 2022, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 26, 2022
Date